EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

CONSTANCE A. HASSELL
Assistant U.S. Attorney
Room 6-100, PJKK Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: 541-2850

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 0 2002

at 1 o'clock and 54 min. A
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. **CR 0 2  0 0 0 5 7** DAE |
| Plaintiff, | ) |
| | ) INDICTMENT |
| vs. | ) |
| | ) |
| JIMMY BENITEZ, | ) [21 U.S.C. § 841 (a)(1); |
| | ) 841(b)(1)(A); 18 U.S.C. § 2] |
| Defendant. | ) |

INDICTMENT

Count 1

The Grand Jury charges that:

On or about February 6, 2002, in the District of

Hawaii, defendant JIMMY BENITEZ knowingly and intentionally

possessed with intent to distribute five hundred (500) grams or

more of a mixture or substance containing a detectable amount of

methamphetamine, its salts, isomers, and salts of isomers, a

Schedule II controlled substance.

In violation of Title 21, United States Code, Sections

841(a)(1), and 841(b)(1)(A), and Title 18, United States Code,

Section 2.

DATED: _____2/20_____, 2002 at Honolulu, Hawaii.

A TRUE BILL

_____

FOREPERSON, GRAND JURY


EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
CONSTANCE HASSELL
Assistant U.S. Attorney


United States v. Jimmy Benitez
Cr. No. _____
"Indictment"