PROB. 12B
(7/93)

**ORIGINAL**

# United States District Court

## for the

### DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 30 2007

at __ o'clock and __ __
SUE BEITIA, CLERK

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: JIMMY BENITEZ          Case Number: CR 02-00057DAE-01

Name of Sentencing Judicial Officer:   The Honorable David Alan Ezra
                                       U.S. District Judge

Date of Original Sentence: 7/12/2004

Original Offense:   Possession With Intent to Distribute 500 Grams or More of Methamphetamine, a Class A felony

Original Sentence:   Fifty-one (51) months imprisonment to be followed by 4 years of supervised release with the following special conditions:
1) Defendant shall participate in a substance abuse program, which may include drug testing at the discretion and direction of the Probation Office; 2) That the defendant is prohibited from possessing any illegal or dangerous weapons; and 3) That the defendant provide the Probation Office access to any requested financial information.

Type of Supervision: Supervised Release     Date Supervision Commenced: 10/20/2005

### PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

*That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision.*

Prob 12B
(7/93)

2

## CAUSE

The offender has a history of methamphetamine abuse.  The offender successfully completed treatment and was recently discharged from a substance abuse program.  However, according to the ruling in Stephens (<u>United States v. Stephens</u>, Ninth Circuit 2005), the Court is required to order the number of drug tests outside of treatment.  Given the established relationship between substance abuse and criminal activity, controlling strategies to detect substance abuse and prompt intervention is recommended in this case.  Drug testing is the most reliable method for monitoring the offender's drug use.

The purpose for the modification is so that the Probation Office could continue to conduct random drug testing at the rate of up to eight (8) tests per month.  This schedule would allow the Probation Officer to fashion random drug testing designed to detect drug use while not allowing the offender to predict the test dates.  It is respectfully recommended that the Court modify the conditions of supervision.

Prob 12B
(7/93)

3

     Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release. The offender waives his right to a hearing and to assistance of counsel. The offender agrees to the modification of the conditions of supervised release. The offender's attorney and the U.S. Attorney's Office have been notified of the proposed modification and have no objections to the modification.

Respectfully submitted by,

MERILEE N. LAU
U.S. Probation Officer

Approved by:

GENE DeMELLO, JR.
Supervising U.S. Probation Officer

Date: 1/26/2007

---

THE COURT ORDERS:

[ X ] The Modification of Conditions as Noted Above
[   ] Other

DAVID ALAN EZRA
U.S. District Judge

1-26-07
Date

PROB 49
(5/96)

# United States District Court

## District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ X ]   To modify the conditions of supervision as follows:

**General Condition:**

*That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision.*

Witness: _MERILEE N. LAU_
U.S. Probation Officer

Signed: _JIMMY BENITEZ_
Supervised Releasee

1-25-07
Date